IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-CR-00480-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. KIT CHI HO,

    Defendant.
_____

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT KIT CHI HO ONLY**
_____

    THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

    THAT a Preliminary Order of Forfeiture was entered on June 28, 2007;

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. §982, incorporating 21 U.S.C.§853(n); only GMAC/MERS and Washington Mutual have filed claims;

    THAT it further appears there is cause to issue a forfeiture order as to defendant Kit Chi Ho under 18 U.S.C. §982;

    NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

    THAT judgment of forfeiture of defendant Kit Chi Ho's interest in the following property shall enter in favor of the United States pursuant to 18 U.S.C. §982, free from the claims of any other party:

a. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 11081 Valleybrook Circle, Highlands Ranch, Colorado more fully described as: Lot 285 Highlands, Ranch Filing No. 122-Y, County of Douglas, State of Colorado;

b. 2002 Mercedes Benz, VIN 4JGAB54E12A292574;

c. 2006 Toyota Sienna VIN 5TDBA23C66S060541;

d. $5,000.00 in United States Currency.

SO ORDERED this   11th   day of   December  , 2007.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK
United States District Court Judge